UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>        Plaintiff,<br><br>    v.<br><br>FARM FOW SAECHOU, et. al.,<br><br>        Defendants. | No. 2:23-cv-00095-KJM-KJN PS<br><br>ORDER |

On May 17, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

/////

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed May 17, 2023 are ADOPTED;
2. The action is DISMISSED WITH PREJUDICE; and
3. The Clerk of Court is directed to CLOSE this case.

DATED: July 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE